IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | No. 07-202M (LPS) |
| SEARCH WARRANT ) | |

## MOTION AND ORDER TO UNSEAL FILE

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the Application and Affidavit for Search Warrant, substituting the original Application and Affidavit for Search Warrant, which original documents together with the Search Warrant and Search Warrant Return are to remain sealed, with the enclosed redacted copy of the Application and Affidavit for Search Warrant from which is redacted privacy policy information.

FILED
NOV -9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 11-9-07

**IT IS SO ORDERED** this 19th day of November, 2007.

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge